AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) Case No. | 2:25-mj-66 |
|  | ) | |
| Pascual SOLIS- Arcos | ) | |
|  | ) | |
| *Defendant* | | |

FILED
RICHARD W. NAGEL
CLERK OF COURT

FEB 14 2025 8:02 A

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Pascual SOLIS- Arcos,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

An alien who has previously been removed from the United States and knowingly and unlawfully entered or was found in the Southern District of Ohio without obtaining the express consent of either the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission to the United States, in violation of 8 U.S.C. §§ 1326(a).

Date: 02/08/2025

*Issuing officer's signature*

City and state: Columbus, Ohio

Chelsey M. Vascura
United States Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* 2/8/25, and the person was arrested on *(date)* 2/8/25
at *(city and state)* Columbus, Ohio.

Date: 2/8/25

*Arresting officer's signature*

PAUL MKS SA
*Printed name and title*